472 A.2d 713

Commonwealth v. Sandutch, Appellant.

Reargument Denied April 3, 1984.

Petition for Allowance of Appeal
Denied Sept. 18, 1984.

Argued September 15, 1983. Norma Chase, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.